# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATAN AVRAHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER MATTHEW ST. GEORGE, et al.,<br><br>　　　　Defendants. | Case No. CV 17-5792-VAP (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected (with such objections stated in the May 28, 2019 Motion to Substitute Parties). The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

IT IS THEREFORE ORDERED that defendants' Motion to Dismiss (docket no. 13) is granted, and Judgment will be entered dismissing the First Amended Complaint and this action without leave to amend.

DATED: June 13, 2019

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE