**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATAN AVRAHAM,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COMMISSIONER MATTHEW ST. GEORGE, et al.,<br><br>　　　　Defendants. | Case No. CV 17-5792-VAP (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without leave to amend.

Dated: June 13, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE