NATAN AVRAHAM
1778 S. Shenandoah St.
Los Angeles, CA 90036

310-877-9115

Plaintiff Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATAN AVRAHAM,<br><br>PLAINTIFF,<br><br>v.<br><br>PERSONAL REPRESENTATIVE OF MATTHEW ST. GEORGE, DECEASED, LOS ANGELES SUPERIOR COURT AND STATE OF CALIFORNIA,<br><br>DEFENDANTS. | No. CV17-05792 VAP (JCG) SP<br><br>PLAINTIFF'S OBJECTION TO DISTRICT COURT'S DENIAL<br><br><br>Courtroom: As Assigned |

Plaintiff, Natan Avraham, hereby objects to the Court's ruling on October 28, 2019 that denied Plaintiff's Declaration filed in October and considered it to be a motion to disqualify Magistrate Judge Sheri Pym. Plaintiff wants to clarify that Plaintiff's motion was not a Motion to Disqualify. The Declaration was a

OBJECTION

1

statement of facts regarding the facts of the case. Plaintiff will re-file that Declaration with other attached documents.

November 6, 2019

By _____

Natan Avraham

OBJECTION

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action: my business address is 1605 W. Olympic Blvd. # 1039., Los Angeles, CA 90015.

On November 6, 2019, I mailed a correct copy of the PLAINTIFF'S OBJECTION TO DISTRICT COURT'S DENIAL for delivery at the addressed as follows:

XAVIER BECERRA, Attorney General of California
RICHARD ROJO, Superivisng Deputy Attorney General
DANIEL L. HELFAT, Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

I caused such envelope to be sent by U.S. MAIL this date. I declare under penalty of perjury the foregoing is true and correct.

Executed on November 6, 2019 at Los Angeles, California.

David Lilly

OBJECTION

3